**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-0797-WJM-KLM

ANNE K. BAFUKLIA d/b/a SUPER MARCHE LA PROMESSE

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS

This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed June 1, 2015 (ECF No. 8).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I) Plaintiff's Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 1st day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge